UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICHARD HANNABUL MCDUFF,

      Plaintiff,                          Case No. 25-cv-10628
                                          Honorable Linda V. Parker

v.

ASHLEY CARPENTER and
EARLY,

      Defendants.

_____/

**OPINION AND ORDER ADOPTING MAGISTRATE JUDGE'S REPORT
AND RECOMMENDATION AND DISMISSING PLAINTIFF'S
COMPLAINT PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 41(b)**

Plaintiff commenced this lawsuit against Defendants on March 4, 2025.  At the start of the lawsuit, Plaintiff was informed of his responsibility to notify the court of any changes to his address or other contact information.  (ECF No. 4.) The notice warned that the failure to promptly notify the court of any change may result in the dismissal of the case.  (*Id.*)  The matter has been assigned to Magistrate Judge Curtis Ivy, Jr. for all pretrial proceedings, including a hearing and determination of all non-dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(A) and/or a report and recommendation on all dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(B).  (ECF No. 15.)

On June 30, 2025, Defendants filed a motion to dismiss and for summary judgment.  (ECF No. 14.)  Magistrate Judge Ivy issued an order requiring Plaintiff to respond to the motion, which was mailed to Plaintiff at the address he provided to the court.  (ECF No. 16.)  The mailing was returned as undeliverable, however. (ECF No. 18.)  On August 25, 2025, Magistrate Judge Ivy issued an order requiring Plaintiff to show cause in writing on or before September 15, 2025, as to why the matter should not be dismissed due to his failure to keep his address updated and/or for failure to prosecute under Federal Rule of Civil Procedure 41(b).  (ECF No. 19.)

Plaintiff did not respond to the show cause order, nor did he respond to Defendants' motion.  However, on September 3, 2025, the court received a notice from him with new contact information.  (ECF No. 20.)  Therefore, on November 5, 2025, Magistrate Judge Ivy issued a second order requiring Plaintiff to show cause in writing by November 26, as to why Defendants' motion should not be granted or the case dismissed for failure to prosecute.  (ECF No. 23.)  Magistrate Judge Ivy warned Plaintiff that the "[f]ailure to timely or adequately respond to th[e] Order to show cause may result in a Report and Recommendation that this case be dismissed for lack of prosecution under Rule 41(b)."  (*Id.* at PageID.188.)

When Plaintiff failed to respond to the show cause order by the deadline, Magistrate Judge Ivy issued a Report and Recommendation, dated December 10,

2

2025, recommending that the action be dismissed pursuant to Rule 41(b). (ECF No. 24.) At the conclusion of the R&R, Magistrate Judge Ivy advises the parties that they may object to and seek review of the R&R within fourteen days of service upon them. He further specifically advises the parties that "[f]ailure to file specific objections constitutes a waiver of any further right to appeal." (*Id*.) Neither party filed objections to the R&R.

The Court has carefully reviewed the R&R and concurs with the conclusions reached by Magistrate Judge Ivy. The Court therefore adopts the R&R.

Accordingly,

**IT IS ORDERED** that Plaintiff's Complaint is **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(b).

Date: March 3, 2026     s/LINDA V. PARKER
            UNITED STATES DISTRICT JUDGE