UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICHARD HANNABUL MCDUFF,

      Plaintiff,

v.

ASHLEY CARPENTER and
EARLY,

      Defendants.

_____/

Case No. 25-cv-10628
Honorable Linda V. Parker

## **JUDGMENT**

Plaintiff commenced this lawsuit against Defendants on March 4, 2025.  In an Opinion and Order entered on today's date, the Court dismissed Plaintiff's Complaint for failure to prosecute under Federal Rule of Civil Procedure 41(b).

Accordingly,

**IT IS ORDERED** that Plaintiff's Complaint is **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(b).

Date: March 3, 2026        s/LINDA V. PARKER
                          UNITED STATES DISTRICT JUDGE